**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| *Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased, and Troy Scheh v. Monsanto Company and Bayer AG* <br> Case No. 3:20-cv-02427-VC | **[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINES RELATED TO MOTION TO EXCLUDE DR. SHALIN KOTHARI** |

Defendant's motion to extend the filing deadlines for *Daubert* motions related to Plaintiffs' expert Dr. Shalin Kothari in the above-captioned case is granted. The *Daubert* motion against Dr. Kothari must be filed by January 29, 2025 and the brief in opposition must be filed by February 14, 2025. All other deadlines remain the same.

**IT IS SO ORDERED.**

Dated: ~~this ___ day of _____, 2024~~

January 21, 2025

_____
Honorable Vince Chhabria
United States District Judge

IT IS SO ORDERED
Judge Vince Chhabria

1